NO. CAAP-17-0000453

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

PROVIDENT FUNDING ASSOCIATES, L.P., Plaintiff-Appellee,
v.
GISELE M.L. GARDNER, Defendant/Cross-Claim Plaintiff/
Cross-Claim Defendant-Appellant,
and
CITIBANK (SOUTH DAKOTA) N.A., Defendant-Appellee,
and
TRAVIS WITTMEYER; KANOA BRISTOL; BLUE WAVE INVESTMENT
SOLUTIONS, LLC, Defendants/Cross-Claim Defendants/
Cross-Claim Plaintiffs-Appellees,
and
JOHN DOES 1-50, JANE DOES 1-50, AND DOE ENTITIES 1-50,
Defendants.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 15-1-2313)

ORDER GRANTING THE DECEMBER 15, 2017
MOTION FOR PARTIAL DISMISSAL
(By: Nakamura, Chief Judge, Fujise, and Chan, JJ.)

Upon consideration of the Motion for Partial Dismissal, filed on December 15, 2017 by Defendant/Cross-Claim Plaintiff/Cross-Claim Defendant-Appellant Gisele M.L. Gardner (Appellant), the "Memorandum in Opposition to Appellant Gisele M.L. Gardner's Motion for Partial Dismissal, Filed December 15, 2017," filed on December 22, 2017 by Defendants/Cross-Claim Defendants/Cross-Claim Plaintiffs-Appellees Travis Wittmeyer, Kanoa Bristol, and Blue Wave Investment Solutions, LLC (Appellees), and the records herein,

Appellant requests a partial dismissal of Appellant's appeal with respect to Plaintiff-Appellee Provident Funding Associates, L.P. (Provident). On appeal, it does not appear that Appellant made any claim or argument with respect to Provident in the Opening Brief. Appellant and Provident agree to the partial dismissal and that both parties will bear their own costs on appeal between them.

Therefore, IT IS HEREBY ORDERED that the motion is granted, pursuant to Rule 42(b) of the Hawai'i Rules of Appellate Procedure (HRAP). The appeal is dismissed in part. Appellant's appeal with respect to Provident is dismissed, with Appellant and Provident to bear their own costs on appeal between them.

DATED: Honolulu, Hawai'i, January 11, 2018.

Chief Judge

Associate Judge

Associate Judge

2